# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL K. PORTER, | CASE NO. 1:09-cv-01244-AWI-GSA PC |
| Plaintiff, | ORDER STRIKING INCOMPLETE AMENDED COMPLAINT, AND REQUIRING PLAINTIFF TO COMPLY WITH COURT'S ORDER FILED AUGUST 4, 2009, WITHIN THIRTY DAYS |
| v. | |
| CAPTAIN JENNINGS, et al., | |
| Defendants. | (Doc. 14) |

  Plaintiff Samuel K. Porter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 17, 2009. On August 4, 2009, the Court screened Plaintiff's complaint, 28 U.S.C. § 1915A, and ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only against Defendant Jennings. On August 24, 2009, Plaintiff filed what he entitled "Amended/Supplemental Complaint with Request for Federal Intervention."

  As Plaintiff was informed by the Court in its order, he must file an amended complaint that is complete within itself without reference to his original complaint. Plaintiff's amended complaint is not a complete pleading, and appears intended to add or clarify facts set forth in the original complaint.

  Therefore, it is HEREBY STRICKEN from the record for failure to comply with the Court's order. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL either file an

///

///

amended complaint that is complete without reference to the original complaint, or notify the Court of his willingness to proceed on his original complaint against Defendant Jennings only.

IT IS SO ORDERED.

Dated: **August 26, 2009**       **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE