1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  SAMUEL K. PORTER,                          CASE NO. 1:09-cv-01244-AWI-GSA PC

10                          Plaintiff,         ORDER GRANTING PLAINTIFF'S MOTION
                                              FOR AN EXTENSION OF TIME TO FILE AN
11         v.                                 AMENDED COMPLAINT

12  CAPTAIN JENNINGS, et al.,                 (Doc. 17)

13                          Defendants.       SIXTY-DAY DEADLINE
    _____/
14

15         Plaintiff Samuel K. Porter, a state prisoner proceeding pro se and in forma pauperis, filed this

16  civil rights action pursuant to 42 U.S.C. § 1983 on July 17, 2009.  On August 28, 2009, Plaintiff was

17  ordered to file an amended complaint within thirty days.  Plaintiff filed a notice of appeal of the

18  Court's screening order on September 14, 2009.  In the appeal, Plaintiff also seeks an extension of

19  time to comply with the August 28 order.

20         Inasmuch as Plaintiff is appealing a non-appealable interlocutory order, the Court has not

21  been divested of jurisdiction and Plaintiff remains obligated to comply with the Court's order to

22  amend.  Nascimento v. Dummer, 508 F.3d 905, 908 (9th Cir. 2007).  Therefore, Plaintiff's request

23  for an extension of time to comply is HEREBY GRANTED.  Plaintiff has **sixty (60) days** from the

24  date of service of this order within which to file an amended complaint.

25

26         IT IS SO ORDERED.

27  **Dated:    October 15, 2009**          _____/s/ **Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE
28