# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL K. PORTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPTAIN JENNINGS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-01244-AWI-GSA PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A POLYGRAPH<br><br>(Doc. 6) |

     Plaintiff Samuel K. Porter, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 17, 2009. On July 28, 2009, Plaintiff filed a motion seeking a polygraph examination to prove his allegations are truthful.

     "'[T]he expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress . . . .'" Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting United States v. MacCollum, 426 U.S. 317, 321, 96 S.Ct. 2086 (1976)). In this instance, there is no authorization for the expenditure of public funds for the purpose sought by Plaintiff, and his motion is HEREBY DENIED.

     IT IS SO ORDERED.

     Dated:   **October 15, 2009**           **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE